UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-10852-SDB |
| | ) | |
| MARIA LOUISA VAZQUEZ f/k/a | ) | CHAPTER 13 |
| MARIA LOUISA DAVIS f/k/a | ) | |
| MARIA LOUISA MCKINNNEY, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## OBJECTION TO CONFIRMATION

COMES NOW Pentagon Federal Credit Union, successor by merger to Augusta Metro Federal Credit Union (the "Credit Union"), and files this Objection to Confirmation of the Debtor's Chapter 13 Plan to be heard on August 22, 2018, in Augusta, Georgia, at 2:00 p.m. and shows the Court as follows:

1.

On or about June 1, 2017, Pentagon Federal Credit Union merged with Augusta Metro Federal Credit Union whereby Pentagon Federal Credit Union retained its name as the successor entity. Accordingly, Pentagon Federal Credit Union is the holder of the Note and the related loan documents described herein. A true and correct copy of the Merger Letter is attached hereto as Exhibit "1" and its contents incorporated herein by reference.

2.

The Credit Union is a creditor in this case and filed a secured claim in the amount of $20,062.86 (the "Claim") secured by a first priority security interest in a 2010 Mercedes Benz C300 (the "Vehicle").

3.

The Debtor filed a petition for relief under 11 U.S.C. Chapter 13 on June 18, 2018. This

is the Debtor's fourth case since 2013:

    a) Case Number 13-08458-CCJ, Middle District of Florida, a Chapter 13 filed on July 9, 2013, and dismissed on June 9, 2014, for failure to make Plan payments;

    b) Case Number 14-06418-CCJ, Middle District of Florida, a Chapter 13 filed on May 31, 2014, and dismissed on March 19, 2015, for failure to make Plan payments;

    c) Case Number 15-10511-SDB, a Chapter 13 filed on April 2, 2015, and dismissed on December 21, 2017, for failure to make Plan payments.

In short, the Debtor has been in bankruptcy for the past five years and has not successfully prosecuted a Chapter 13 Case.

4.

The Plan, as filed, incorrectly values the Vehicle in the amount of $3,675.00. The N.A.D.A Guide ("NADA") provides a clean retail value for the Vehicle, with a mileage deduction, in the amount of $6,220.00. The Credit Union is entitled to the retail value of the Vehicle. Based on the Vehicle's value, the Claim should be secured in the amount of $6,220.00. A true and correct copy of the NADA valuation is attached hereto as Exhibit "2" and its contents incorporated herein by reference. It appears that the Plan was not filed in good faith as required by 11 U.S.C. 1325(a)(3).

5.

A cram-down of the Claim denies the Credit Union the full value of its Claim and the Credit Union is not adequately protected.

6.

The Plan is not feasible because the Credit Union's Claim cannot be paid in full with interest within the Plan term as required by 11 U.S.C. § 1325(a)(6).

7.

The Debtor's living expenses on Schedule J appear to be inflated and are inconsistent with

2

the Internal Revenue Service 2018 Allowable Living Expenses Housing Standards ("2018 Allowable Living Expenses"). The 2018 Allowable Living Expenses provide the following compared to the Debtors' Scheduled expenses:

| Category | 2018 Allowable Living Expenses One Person | Debtor's Scheduled Expenses |
|---|---|---|
| Housing and Utilities | $1,155.00 | $1,403.00 |

The Debtor should be contributing an additional $248.00 per month towards the Plan. Therefore, it appears that the Debtor is not contributing all of her disposable income into the Plan in violation of 11 U.S.C. § 1325 (a)(3). A true and correct copy of the 2018 Allowable Expenses is attached hereto collectively as Exhibit "2" and it contents incorporated herein by reference.

8.

The Credit Union has not been provided with proof of full coverage, comprehensive and collision insurance on the Vehicles and is, therefore, not adequately protected.

WHEREFORE, the Credit Union prays that this objection be sustained, that the Chapter 13 Plan be denied confirmation, and that the Court grant such other and further relief as it deems just and proper.

This 5th day of July, 2018.

Respectfully submitted,

KAPLAN, BOGUE & COOPER, P.C.

/s/ Virginia B. Bogue
Virginia B. Bogue, Georgia Bar No. 065695
5555 Glenridge Connector
Suite 200
Atlanta, Georgia 30342
(678) 384-7016 Telephone
vbogue@kbclegal.com
Attorneys for Pentagon Federal Credit Union

3

# *Exhibit "1"*

**National Credit Union Administration**
Office of National Examinations and Supervision

June 30, 2017

SENT BY EMAIL

Mr. Stanley P. Spence
Vice President and Associate General Counsel
Pentagon Federal Credit Union
7940 Jones Branch Drive
McLean, VA 22102

Dear Mr. Spence:

The merger of Augusta Metro Federal Credit Union (FCU) into Pentagon FCU (PenFed) is complete. Accordingly, we are canceling Augusta Metro FCU's insurance certificate effective June 1, 2017.

The National Credit Union Administration's Office of Consumer Financial Protection and Access will send you the updated Field of Membership in a separate letter. The capitalization balance of Augusta Metro FCU will be credited to PenFed's capitalization account. Please verify the consolidated balance when you receive your next share insurance statement. If the balance is incorrect, please contact NCUA's Office of the Chief Financial Officer at (703) 518-6570.

If you have any questions, please contact the Office of National Examinations and Supervision at (703) 518-6640 or ONESMAIL@NCUA.GOV.

Sincerely,

Scott A. Hunt
Director

ONES/RRD: rd

cc:    Regional Director Myra Toeppe, NCUA Region III

1775 Duke Street – Alexandria, VA 22314-3428 – 703-518-6640

# *Exhibit "2"*

2018 Allowable Living Expenses Housing Standards

| County | State Name | 2018 Published Housing and Utilities for a Family of 1 | 2018 Published Housing and Utilities for a Family of 2 | 2018 Published Housing and Utilities for a Family of 3 | 2018 Published Housing and Utilities for a Family of 4 | 2018 Published Housing and Utilities for a Family of 5 |
|---|---|---|---|---|---|---|
| McDuffie County | Georgia | 1,183 | 1,389 | 1,464 | 1,632 | 1,659 |
| McIntosh County | Georgia | 1,275 | 1,498 | 1,578 | 1,759 | 1,788 |
| Macon County | Georgia | 1,021 | 1,199 | 1,263 | 1,408 | 1,431 |
| Madison County | Georgia | 1,165 | 1,368 | 1,442 | 1,608 | 1,634 |
| Marion County | Georgia | 1,146 | 1,346 | 1,418 | 1,581 | 1,607 |
| Meriwether County | Georgia | 1,136 | 1,334 | 1,406 | 1,568 | 1,593 |
| Miller County | Georgia | 1,194 | 1,403 | 1,478 | 1,648 | 1,675 |
| Mitchell County | Georgia | 1,081 | 1,270 | 1,338 | 1,492 | 1,516 |
| Monroe County | Georgia | 1,290 | 1,516 | 1,597 | 1,781 | 1,809 |
| Montgomery County | Georgia | 1,095 | 1,286 | 1,355 | 1,511 | 1,535 |
| Morgan County | Georgia | 1,346 | 1,581 | 1,666 | 1,858 | 1,888 |
| Murray County | Georgia | 1,071 | 1,257 | 1,325 | 1,477 | 1,501 |
| Muscogee County | Georgia | 1,289 | 1,514 | 1,595 | 1,778 | 1,807 |
| Newton County | Georgia | 1,277 | 1,500 | 1,581 | 1,763 | 1,791 |
| Oconee County | Georgia | 1,631 | 1,916 | 2,019 | 2,251 | 2,288 |
| Oglethorpe County | Georgia | 1,184 | 1,390 | 1,465 | 1,633 | 1,660 |
| Paulding County | Georgia | 1,319 | 1,549 | 1,632 | 1,820 | 1,849 |
| Peach County | Georgia | 1,229 | 1,443 | 1,521 | 1,696 | 1,723 |
| Pickens County | Georgia | 1,370 | 1,610 | 1,696 | 1,891 | 1,922 |
| Pierce County | Georgia | 1,115 | 1,310 | 1,380 | 1,539 | 1,564 |
| Pike County | Georgia | 1,388 | 1,630 | 1,718 | 1,916 | 1,946 |
| Polk County | Georgia | 1,192 | 1,400 | 1,475 | 1,645 | 1,671 |
| Pulaski County | Georgia | 1,193 | 1,401 | 1,476 | 1,646 | 1,672 |
| Putnam County | Georgia | 1,229 | 1,443 | 1,521 | 1,696 | 1,723 |
| Quitman County | Georgia | 1,020 | 1,198 | 1,262 | 1,407 | 1,430 |
| Rabun County | Georgia | 1,324 | 1,555 | 1,639 | 1,827 | 1,857 |
| Randolph County | Georgia | 1,041 | 1,222 | 1,288 | 1,436 | 1,459 |
| Richmond County | Georgia | 1,155 | 1,357 | 1,430 | 1,594 | 1,620 |
| Rockdale County | Georgia | 1,334 | 1,567 | 1,651 | 1,841 | 1,871 |
| Schley County | Georgia | 1,172 | 1,376 | 1,450 | 1,617 | 1,643 |
| Screven County | Georgia | 1,081 | 1,270 | 1,338 | 1,492 | 1,516 |
| Seminole County | Georgia | 1,062 | 1,247 | 1,314 | 1,465 | 1,489 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-10852-SDB |
| | ) | |
| MARIA LOUISA VAZQUEZ f/k/a | ) | CHAPTER 13 |
| MARIA LOUISA DAVIS f/k/a | ) | |
| MARIA LOUISA MCKINNNEY, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *Objection to Confirmation* to the

following parties with adequate postage affixed thereto, addressed as follows:

Maria Louisa Vazquez
1065 Fox Den Road
Hephzibah, GA 30815

James Matthew Duncan
2602 Commons Blvd., Suite A
Augusta, GA 30909

Huon Le
P.O. Box 2127
Augusta, GA 30903

This 5th day of July, 2018.

Respectfully submitted,

KAPLAN, BOGUE & COOPER, P.C.

/s/ Virginia B. Bogue
Virginia B. Bogue, Georgia Bar No. 065695

{File: 00135124.DOCX / }